LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
DOMINA SHIPMANAGEMENT LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

DOMINA SHIPMANAGEMENT LTD.,

                                Plaintiff,

            - against -

MEDWAY CHARTERING LTD., a/k/a MEDWAY
CHARTERING BAHAMAS, a/k/a MEDWAY
CHARTERING and INTRESCO LIMITED, a/k/a
INTRESCO LTD., a/k/a INTRESCO,

                                Defendants.
---------------------------------------------------------------------X

**ECF CASE**

08 Civ. 1155 (RWS)

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff DOMINA SHIPMANAGEMENT LTD., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

      Dated: February 5, 2008

                                                LYONS & FLOOD, LLP
                                                Attorneys for Plaintiff
                                                DOMINA SHIPMANAGEMENT LTD.

                              By: _____
                                                Kirk M. Lyons (KL-1568)
                                                65 West 36th Street, 7th Floor
                                                New York, New York 10018
                                                (212) 594-2400

U:\kmhldocs\2563036\Pleadings\Rule 7.1-.doc