UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DOMINA SHIPMANAGEMENT LTD.,

                Plaintiff,

- against -

MEDWAY CHARTERING LTD. a/k/a MEDWAY
CHARTERING BAHAMAS, a/k/a MEDWAY
CHARTERING, and INTRESCO LIMITED a/k/a
INTRESCO LTD., a/k/a INTRESCO

                Defendants.
------------------------------------------------------------x

08 CV 01155 (RWS)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P. E(8) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS**

    PLEASE TAKE NOTICE, that Chalos, O'Connor & Duffy, LLP has been retained by INTRESCO LTD (a company duly organized pursuant to the laws of England and Wales (hereinafter "Intresco (UK)") and INTRESCO LTD (a company duly organized pursuant to the law of the British Virgin Islands (hereinafter "Intresco (BVI)"), to represent said companies in the above-entitled action. Chalos, O'Connor & Duffy, LLP hereby demands that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon Chalos, O'Connor & Duffy, LLP at its office as listed below.

    PLEASE TAKE FURTHER NOTICE, that Intresco (UK) and Intresco (BVI), by its attorneys, Chalos, O'Connor & Duffy, LLP, hereby enters a restricted appearance on behalf of Intresco (UK) and Intresco (BVI) pursuant to Rule E(8), of the Fed. R. Civ. P. Supplementary Rules for Admiralty or Maritime Claims solely to defend against the alleged admiralty and maritime claim asserted by Plaintiff, DOMINA SHIPMANAGEMENT LTD., with respect to money, funds and EFT payments restrained by garnishees named in the Process of Maritime Attachment and Garnishment issued in this matter during the period of February 5, 2008

through February 15, 2008 and continuing to this date in connection with a Verified Complaint filed on February 5, 2008 and any other or supplemental garnishees who may restrain the property of Defendant INTRESCO LIMITED and as to which there has issued Process of Maritime Attachment and Garnishment.

                                    Respectfully Submitted,

Dated: Port Washington, New York
       February 20, 2008

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Specially Appearing Parties
INTRESCO LTD (UK) and INTRESCO LTD (BVI)

By: _____
George M. Chalos (GC-8693)
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Email: gmc@codus-law.com