Sweet, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DOMINA SHIPMANAGEMENT LTD.,

               Plaintiff,

- against -

MEDWAY CHARTERING LTD., a/k/a MEDWAY
CHARTERING BAHAMAS, a/k/a MEDWAY
CHARTERING and INTRESCO LIMITED, a/k/a
INTRESCO LTD., a/k/a INTERSCO

               Defendants.
-------------------------------------------------------------x

08 cv 01155 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/08

### ORDER TO SHOW CAUSE
### WHY RULE B ATTACHMENT SHOULD NOT BE VACATED

Upon the annexed Affirmation of George M. Chalos in Support of the Motion to Vacate the Process of Maritime Attachment, Memorandum of Law in Support and the pleadings and proceedings heretofore had herein:

Let the Plaintiff DOMINA SHIPMANAGEMENT LTD. show cause before the Honorable ~~Robert W. Sweet, United States District Judge~~ LAWRENCE M. McKENNA, U.S.D.J., at 500 Pearl Street, Courtroom ~~18C~~ 15D, New York, New York 10007, pursuant to Supplemental Admiralty Rule E and Local Admiralty Rule E.1, which provides for an adversary hearing on attachment within three court days, on the 25th day of February, 2008 at __11:00__ o'clock, a.m., or as soon thereafter as counsel can be heard, why the following relief should not be granted:

1. An Order vacating the Ex Parte Order of Attachment as against Intresco (UK) and Intresco (BVI) as Plaintiff has failed to plead a *prima facie* maritime claim;

1

2. An Order dismissing the Verified Complaint as against Intresco (UK) because the claim is not ripe;

3. An Order releasing the funds which belong to Intresco (BVI) from attachment;

4. An Order dismissing the Verified Complaint as against Intresco (BVI) as Domina has failed to state a claim for which relief can be granted;

5. An Order reducing the amount of security sought by Domina;

6. An Order requiring Plaintiff to post counter-security; and

7. For such other and further relief that the Court deems just and proper.

Let service of a copy of this Order, and the accompanying Declaration, Exhibits and Memorandum of Law, be served on counsel for the Plaintiff, LYONS & FLOOD, LLP, on or before five o'clock, p.m., on February 20, 2008. Service of this Order may be made by e-mail or telefax in addition to ECF filing, which is deemed to constitute good and sufficient service;

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits and/or memorandum of law, shall be served so as to be received by counsel for the movant, Chalos, O'Connor & Duffy, LLP at their offices at 366 Main Street, Port Washington, New York, 11050, by either telefax or email on or before the 22nd day of February, 2008 at five o'clock p.m.;

Reply papers, if any, on behalf of the movant shall be served by ECF filing so as to be received by counsel for the Plaintiff at their offices as described above, on or before the 25th day of February 2008 at five o'clock p.m.

Dated: New York, New York
       February 20, 2008

✓

_____/s/_____
Honorable Robert W. Sweet, U.S.D.J.
LAWRENCE M MCKENNA
PART I

To:   LYONS & FLOOD, LLP
      Attorneys for Plaintiff
      65 West 36th Street, 7th Floor
      New York, New York 10018
      Tel: (212) 594-2400