# LYONS & FLOOD, LLP
ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589



KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

February 21, 2008

**BY MESSENGER**

Honorable Lawrence M. McKenna
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1640
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/29/08

So ordered
[illegible]
USDJ
2-27-08

Re:   Domina Shipmanagement Ltd. v. Medway Chartering Ltd., *et al.*
      08 Civ. 01155 (RWS)
      Our File No.: 2652006

Dear Judge McKenna:

  We represent plaintiff Domina Shipmanagement Ltd. ("Domina") in this action.

  On February 20, 2008, the Court issued an Order to Show Cause (copy enclosed) that, *inter alia*, set February 22, 2008, at 5:00 p.m. as the deadline for plaintiff to submit opposing papers to defendant Intresco Ltd.'s motion to vacate the Rule B maritime attachment issued in this action. The Order to Show Cause also scheduled a hearing for February 25, 2008, at 11:00 a.m.

  We are pleased to report that the parties have reached a settlement in principal and the attorneys are currently working out the details of a settlement agreement.

  In order to afford the parties with sufficient time to work out the details of the settlement agreement, without incurring further legal costs in preparing additional motion papers, the parties write to request an adjournment of (a) the date by which opposing papers are due and (b) the date for the hearing.

  We believe a one week extension of these dates should be adequate for the parties

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX: (203) 661-2577

to conclude a settlement agreement. Thus, the new date for plaintiff's opposing papers would be February 29, defendant's reply papers would be due on March 3, and a hearing would be scheduled as soon thereafter as the court could schedule one.

   This is the first request for such an adjournment. We have conferred with defendant's attorney who joins in the request for an adjournment.

   We thank you for your attention to this matter.

              Respectfully yours,

              **Lyons & Flood, LLP**

              By: Kirk M. Lyons


**BY MESSENGER**

cc: Honorable Robert W. Sweet
   United States District Judge
   Daniel Patrick Moynihan
   United States Courthouse
   500 Pearl Street, Room 1920
   New York, New York 10007

**BY TELEFAX**         (516) 767-3605

Chalos, O'Connor & Duffy, LLP
366 Main Street
Port Washington, NY 11050

Attn.: George M. Chalos, Esq.

U:\kmhldocs\2652006\Correspondence\mckenna 01 ltr.doc