# LYONS & FLOOD, LLP
ATTORNEYS AT LAW

65 WEST 36th STREET, 7th FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

# MEMO ENDORSED

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

February 28, 2008

RECEIVED
IN CHAMBERS

FEB 2 - 2008

**BY MESSENGER**

Honorable Lawrence M. McKenna
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1640
New York, New York 10007

Re:    Domina Shipmanagement Ltd. v. Medway Chartering Ltd., et al.
       08 Civ. 01155 (RWS)
       Our File No.: 2652006

Dear Judge McKenna:

We represent plaintiff Domina Shipmanagement Ltd. ("Domina") in this action.

Further to our letter dated February 21, the parties have now executed a Settlement Agreement, settlement funds have been remitted, and instructions have been sent to the garnishee banks to release the funds under attachment. We anticipate that the funds will be released by the banks shortly. The parties have also submitted a Stipulation and Order of Dismissal to the Orders and Judgments Clerk.

Meanwhile, the briefing on defendant's motion to vacate the attachment was adjourned to accommodate the settlement process. Now that a settlement has been finalized, on behalf of defendant, we write to advise that the motion to vacate has been withdrawn without prejudice. Moreover, on behalf of both parties, we ask that the current dates for briefing of the motion be cancelled.

We thank you for your attention to this matter.

*So ordered.* [signature] (LMM) 2/29/08
Part I

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435    FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355    FAX: (203) 661-2577

Respectfully yours,

**Lyons & Flood, LLP**

*Kirk M Lyons*

By: Kirk M. Lyons

**BY MESSENGER**

cc: Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

**BY TELEFAX**                                (516) 767-3605

Chalos, O'Connor & Duffy, LLP
366 Main Street
Port Washington, NY 11050

Attn.: George M. Chalos, Esq.

U:\kmhldocs\2652006\Correspondence\mckenna 02 ltr.doc

- 2 -