UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINA SHIPMANAGEMENT LTD.,

          ECF CASE

          Plaintiff,

    - against -                  08 Civ. 1155 (RWS)

MEDWAY CHARTERING LTD., a/k/a MEDWAY
CHARTERING BAHAMAS, a/k/a MEDWAY
CHARTERING and INTRESCO LIMITED, a/k/a
INTRESCO LTD., a/k/a INTRESCO,

          Defendants.
------------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the parties herein have settled their claims as per a Settlement Agreement between them dated February 25, 2008; it is hereby

STIPULATED AND AGREED by and between the parties herein through their undersigned attorneys that the action is hereby dismissed with prejudice and without costs.

Dated: February 28, 2008

LYONS & FLOOD, LLP
Attorneys for Plaintiff
DOMINA SHIPMANAGEMENT LTD.

By: _____
Kirk M. Lyons (KL-1868)
65 West 36th St., 7th Floor
New York, NY 10018

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendants
MEDWAY CHARTERING LTD. and
INTRESCO LIMITED

By: _____
George M. Chalos, Esq. (GC-8693)
366 Main Street
Port Washington, NY 11050

SO ORDERED:

Miriam Goldman Cedarbaum
U.S.D.J.
Part I
March 3, 2008

RECEIVED FEB 29 2008 JUDGE SWEET CHAMBERS